UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF DAYTONA BEACH POLICE
OFFICERS' & FIREFIGHTERS'
RETIREMENT SYSTEM, Individually and
on Behalf of All Others Similarly Situated,

                      Plaintiff,

              v.

CHAMPIONX CORPORATION,
SIVASANKARAN SOMASUNDARAM, and
KENNETH M. FISHER,

                    Defendants.

: 1:26-cv-04095-NRB

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - --X

## JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff City of Daytona Beach Police Officers' & Firefighters' Retirement System ("Plaintiff") and Defendant ChampionX Corporation ("ChampionX"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on May 15, 2026, Plaintiff filed a putative class action complaint against Defendants ChampionX, Sivasankaran Somasundaram, and Kenneth M. Fisher ("Defendants") in the above-captioned matter (the "Action"), asserting claims under the Securities Exchange Act of 1934, (ECF No. 1, the "Complaint");

**WHEREAS**, as a result of those alleged claims, the Action is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which requires that, among other things, no later than 20 days after the date on which a class action complaint governed by the PSLRA is filed, the plaintiff publish a notice advising members of the purported plaintiff class of "the pendency of the action, the claims asserted therein, [] the purported class period; and

1

[] that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." 15 U.S.C. § 78u-4(a)(3)(A);

**WHEREAS**, on May 15, 2026, Plaintiff, through its undersigned counsel, published the PSLRA required notice of pendency of this class action on GlobeNewswire;

**WHEREAS**, pursuant to the PSLRA, motions for the appointment of lead plaintiff and approval of lead counsel (if any) are due to be filed by July 14, 2026, 60 days after the PSLRA notice was published;

**WHEREAS**, the PSLRA provides that "discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

**WHEREAS**, service of a summons and the Complaint was properly effected on ChampionX on May 29, 2026, and properly effected on Defendants Somasundaram and Fisher on June 1, 2026, and the deadline for all Defendants to respond to the Complaint is June 22, 2026, (*see* ECF Nos. 20-22);

**WHEREAS**, Plaintiff and ChampionX believe that an answer or motion responding to the Complaint would be premature prior to the entry of an order by the Court pursuant to the PSLRA appointing lead plaintiff(s) and lead counsel and the determination by lead plaintiff of whether lead plaintiff will file an amended complaint that will supersede the current Complaint;

**WHEREAS**, Plaintiff and ChampionX agree that in the interests of judicial economy, conservation of time and resources, and orderly management of the Action, it would be more efficient to extend the time for Defendants to answer, move, or otherwise respond to the Complaint until the Court has appointed a lead plaintiff and lead counsel, and lead plaintiff has filed an amended complaint or designated an operative complaint; and

2

**WHEREAS**, this is the first request for an adjournment of any deadline in the Action;

**NOW, THEREFORE**, Plaintiff and ChampionX, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as set forth below.

1.     Defendants' time to move, answer, or otherwise respond to the Complaint shall be adjourned until after lead plaintiff and lead counsel are appointed pursuant to the PSLRA.

2.     Once an order is entered appointing lead plaintiff and lead counsel, the parties shall promptly meet and confer regarding a schedule for (i) the filing of an amended complaint (or designation of an operative complaint), (ii) Defendants to move to dismiss, answer, or otherwise respond to the operative complaint, and (iii) in the event Defendants move to dismiss the operative complaint, briefing the motion to dismiss. All Defendants' responses to the operative complaint will be due the same day.

3.     The parties shall submit a stipulation with a proposed schedule as set forth in paragraph (2) above no later than fifteen (15) business days following the entry of the Court's order appointing lead plaintiff and lead counsel.

4.     The parties preserve, and do not waive, any claims, defenses or objections, including all jurisdictional and venue defenses or objections, to the Action.

DATED:  New York, New York
        June 16, 2026


/s/ Joshua W. Ruthizer
Robert C. Finkel
Joshua W. Ruthizer
Justyn Millamena
WOLF POPPER LLP
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: 212-759-4600
rfinkel@wolfpopper.com
jruthizer@wolfpopper.com
jmillamena@wolfpopper.com

*Counsel for Plaintiff City of Daytona
Beach Police Officers' & Firefighters'
Retirement System*

/s/ Jay B. Kasner
Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
jay.kasner@skadden.com
scott.musoff@skadden.com

Noelle M. Reed
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
845 Texas Avenue, Suite 2300
Houston, Texas 77002
Telephone: (713) 655-5100
noelle.reed@skadden.com

*Counsel for Defendant ChampionX
Corporation*


**SO ORDERED.**


Dated:    June 17    , 2026
        New York, New York


HONORABLE  NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

4