UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CITY OF DAYTONA BEACH POLICE
OFFICERS' & FIREFIGHTERS'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

    vs.

CHAMPIONX CORPORATION,
SIVASANKARAN SOMASUNDARAM, and
KENNETH M. FISHER,

              Defendants.

———————————————————— x

Case No. 26-cv-4095

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)**

      Plaintiff, the City of Daytona Beach Police Officers' & Firefighters' Retirement System,

hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P.

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                    Respectfully submitted,

Dated: July 14, 2026

                      */s/ Joshua W. Ruthizer*
                      Joshua W. Ruthizer

**WOLF POPPER LLP**
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Justyn Millamena
jmillamena@wolfpopper.com
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: 212-759-4600

*Counsel for Plaintiff*